■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERAD BENTHAM, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Egitto, J.), imposed July 28, 1989.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Mangano, P. J., Thompson, Sullivan, Harwood and Miller, JJ., concur.